# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BANK OF OKLAHOMA, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number CIV-04-1517-C |
| | ) |
| MONUMENTAL LIFE INSURANCE COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On December 12, 2005, the Court dismissed Plaintiff Linda Aumann's (Aumann) claims against Defendant Bank of Oklahoma, N.A. (BOK), granted the substitution of BOK as the new party plaintiff, and dismissed Aumann from the action. (Dkt. Nos. 48, 49.) BOK subsequently settled all claims with Defendant Countrywide Home Loans, Inc. (Countrywide), and the Court dismissed Countrywide (Dkt. Nos. 59, 62.)  Therefore, Countrywide's Motion for Summary Judgment [Dkt. No. 40] is **STRICKEN AS MOOT**.

IT IS SO ORDERED this 6th day of March, 2006.

ROBIN J. CAUTHRON
United States District Judge